# EXHIBIT C

# LaMONICA HERBST & MANISCALCO, LLP

| | | |
|---|---|---|
| Salvatore LaMonica<br>Gary F. Herbst †<br>Joseph S. Maniscalco<br>David A. Blansky<br>Adam P. Wofse ◊<br>Melanie A. FitzGerald * | ATTORNEYS AT LAW<br>3305 Jerusalem Avenue<br>Wantagh, New York 11793<br><br>Phone (516) 826-6500<br>Facsimile (516) 826-0222 | Holly R. Holecek ‡<br>Jacqulyn S. Loftin<br>Jordan Pilevsky ◊<br>Rachel P. Stoian<br>Nicholas C. Rigano<br>Scott Fleischer ◊ |
| † Also admitted in CO<br>* Also admitted in CT<br>‡ Also admitted in MA<br>◊ Also admitted in NJ | WWW.LHMLAWFIRM.COM<br><br>*MOVING FORWARD. STAYING AHEAD.*® | Donna M. Fiorelli, Esq., Of Counsel<br>Joyce M. Glass, Esq., Of Counsel<br>Rachel M. Hollywood, Esq., Of Counsel |

December 2, 2014

*Via Certified Mail, Electronic Mail & Facsimile*

Jeffrey S. Ehrlich, P.C.       Jeffrey S. Ehrlich, P.C.
16 Court Street Suite 2000      575 Jericho Turnpike Suite 210
Brooklyn, NY 11241      Jericho, NY 11753

           In re    Thatched Cottage LP
                   Chapter 7
                   **Case No. 14-70002-reg**

Dear Mr. Ehrlich:

     The terms and conditions of the sale of the real properties known as and located at 445 East Main Street, Centerport, New York, District: 0400, Section 044.00, Block 01.00 and Lot 010.001 on the Land & Tax map of the County of Suffolk and the adjacent parking lot located on 25A, Centerport, New York, Section 044.00, Block 03.00 and Lot 021.000 on the Land & Tax map of the County of Suffolk (collectively referred to herein as the "Real Properties") calls for a closing date within thirty days from entry of the Order confirming the sale of the Real Properties—November 15, 2014. Thereafter, the Trustee consented to extend the closing date until Monday, November 24, 2014 with the express understanding that no further extensions would be consented to and that the closing must occur on that day. Now more than 8 days have elapsed and the closing still has not occurred. Accordingly, the Trustee hereby declares time is of the essence.

     The closing is now scheduled for Tuesday, December 16, 2014 at 11:00 a.m. at the office of LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York. The Trustee will be ready, willing and able to tender the deed for the Real Properties.

RECEIVED DEC 0 3 2014

LAMONICA HERBST & MANISCALCO, LLP
ATTORNEYS AT LAW

December 2, 2014
Page 2

      In the event your client does not appear and tender the balance of the purchase price for the Real Properties, the Trustee will find your client in default and retain all funds paid by your client to the Trustee. In addition, the Trustee reserves the right to pursue any and all claims and/or remedies against your client that are available to the Trustee.

Sincerely,

Gary F. Herbst

Receipt hereby acknowledged:

_____
Jeffrey S. Ehrlich, Esq.

cc:    Gary Fischoff, Esq.
        R. Kenneth Barnard, Esq.
        John Breslin, Esq.
        Yama Raj

*M:\Documents\Company\Cases\Thatched Cottage LP\Closing Documents\Time Is Essence Letter.doc*

LAMONICA HERBST & MANISCALCO,
Attorneys at Law
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL™

7010 0780 0002 0912 5899

Gary Fischoff, Esq.
BERGER, FISCHOFF & SHUMER, LLP
40 Crossways Park Dr., Suite 104
Woodbury, NY 11797

11797$2038 C005

UNITED STATES POSTAGE
02 1P
0003181329   DEC 02 2014
MAILED FROM ZIP CODE 11793
$ 006.48⁰
PITNEY BOWES